UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable John F. Robbenhaar**
United States Magistrate Judge

**Clerk's Minutes**

<u>**CASE NAME**</u>**:**     *MRT Services, LLC v. Grancor Enterprises, Inc. et al.*

<u>**CASE NUMBER**</u>**:**     Civ. No. 23-240  WJ/JFR

A Rule 16 Settlement Conference was held on Wednesday, March 13, 2024, *via* ZOOM, before United States Magistrate Judge John F. Robbenhaar.

| | |
|---|---|
| <u>**Plaintiff's Attorney Present**</u>**:** | Leah Stevens-Block (in-person) |
| <u>**With Client**</u>**:** | Max Tafoya (in-person) |
| <u>**Defendant Grancor Enterprises, Inc.'s Attorney Present**</u>**:** | Robert Muehlenweg |
| <u>**With Client**</u>**:** | Michael Grandjean |
| <u>**Defendant Western Surety Company's Attorney Present**</u>**:** | Gerald Dixon |
| <u>**With Client**</u>**:** | Mark McKibbin (Authorized Representative) |

<u>**RESULTS OF SETTLEMENT CONFERENCE**</u>**:**

Case settled.  Closing documents due within 30 days.

<u>**TIME SPENT IN SETTLEMENT CONFERENCE**</u>**:**

Five Hours and Thirty Minutes

<u>**TIME SPENT IN PRE-SETTLEMENT SEPARATE CAUCASES**</u>**:**

One Hour and Twenty-Eight Minutes