IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA for
the use of MRT SERVICES, LLC,
a New Mexico Limited Liability Company,**

        **Plaintiff,**

        v.                                  Case No. 1:23-cv-00240-WJ-JFR

**GRANCOR ENTERPRISES, INC.,
a New Mexico Corporation,
WESTERN SURETY COMPANY,
a South Dakota Corporation, and
MAYAN CONSTRUCTION INC.,
a New Mexico Corporation.**

        **Defendants.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties stipulate and agree that all claims and causes of action which were or could have been asserted in this action against each other shall be and are dismissed with prejudice. Each party shall bear their own costs and fees.

Dated: May 13, 2024.

                                            Respectfully submitted,

                                            **JACKSON LOMAN STANFORD
                                            DOWNEY & STEVENS-BLOCK, P.C.**

                                            */s/ Leah M. Stevens-Block*
                                            Leah M. Stevens-Block
                                            201 Third Street NW, Suite 1500
                                            Albuquerque, NM 87102
                                            Telephone: (505) 767-0577
                                            leah@jacksonlomanlaw.com
                                            *Attorneys for Plaintiff*

and

**RMH LAWYERS, PA**

*/s/ Robert J. Muehlenweg*
Robert J. Muehlenweg
Sun Valley Commercial Center
316 Osuna Rd NE Ste 201
Albuquerque NM 87107
Phone: (505)247-8860
rjm@rmhlawyers.com
*Counsel for Defendant GranCor Enterprises, Inc.*


**DIXON•SCHOLL•CARRILLO•P.A.**

*/s/Gerald G. Dixon*
Gerald G. Dixon
Dixon•Scholl•Carrillo•P.A.
P.O. Box 94147
Albuquerque, N.M. 87199-4147
Phone: (505) 244-3890
jdixon@dsc-law.com
*Attorneys for Defendant Western Surety Company*


I HEREBY CERTIFY that on this 13th day of May, 2024, a true and correct copy of the foregoing pleading was filed electronically pursuant to CM/ECF procedures for the United States District Court for the District of New Mexico which caused the parties to be served via electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Leah M. Stevens-Block*
Leah M. Stevens-Block